IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCEY D. GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-1235 |
| | § | |
| NABORS INDUSTRIES, INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

The parties' Joint Status Report (Docket Entry No. 8) states that this action is being arbitrated by agreement of the parties. A district court may dismiss an action when all of the issues raised in the district court action are submitted to arbitration. See Alford v. Dean Witter Reynolds, Inc., 975 F.2d 1161, 1164 (5th Cir. 1992). Because all of the issues in this action are being arbitrated, there is no reason to retain jurisdiction over the action. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** at Houston, Texas, on this 1st day of August, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE